IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:08cr019-WHA-01 |
| ANTHONY H. HOLLOWAY | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. # 13), filed on May 23, 2008.

For the reason that the defense is in need of additional time to have a mental health evaluation conducted and to determine appropriate action to take based on its results, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing June 23, 2008, and RESET for trial during the term of court commencing November 17, 2008, which is this court's next scheduled Eastern Division trial term, as requested by the Defendant.

DONE this 27th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE